1  PANISH SHEA & BOYLE LLP
   BRIAN J. PANISH, State Bar No. 116060
2    *panish@psblaw.com*
   ROBERT S. GLASSMAN, State Bar No. 269816
3    *glassman@psblaw.com*
   11111 Santa Monica Boulevard, Suite 700
4  Los Angeles, California  90025
   Telephone: 310.477.1700
5  Facsimile: 310.477.1699

6  Attorneys for Plaintiff,
   FRANCISCO GARCIA
7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., | **LEAD CASE:  No. 2:10-03210 WBS (GGHx)** |
| Plaintiff, | **RELATED TO:** |
| v. | **CASE No. 2:11-02430 WBS (GGHx)** |
| M-F ATHLETIC COMPANY, INC., dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, | This Pertains to:  Case No. 2:11-cv-02430-WBS-GGH [Assigned to Hon. William B. Shubb] |
| Defendants. | **ORDER JOINING PLAINTIFF FRANCISCO GARCIA AS A PARTY TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IN CASE NO. 2:10-03210-WBS-GGH** |
| FRANCISCO GARCIA, | |
| Plaintiff, | |
| v. | Action filed:   September 14, 2011 |
| M-F ATHLETIC COMPANY, INC., dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, and DOES 1-10, | |
| Defendants. | |

[PROPOSED] ORDER JOINING PLAINTIFF FRANCISCO GARCIA AS A PARTY TO THE
STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IN CASE
NO. 2:10-03210-WBS-GGH

Having considered the Stipulation entered into by the parties in this action and in the related action entitled *Sacramento Kings Limited Partnership, L.P. v. M-F Athletic Company, Inc. et al.* (Case No. No. 2:10-03210 WBS (GGHx)), and for good cause, it is so ordered that Plaintiff Francisco Garcia shall be deemed a party bound and subject to the Stipulated Confidentiality Agreement and Protective Order in Case No. 2:10-03210-WBS-GGH entitled *Sacramento Kings Limited Partnership, L.P. v. M-F Athletic Company, Inc. et al.*

IT IS SO ORDERED.

DATED:  February 29, 2012

/s/ Gregory G. Hollows

U.S. Magistrate Judge

2

[PROPOSED] ORDER JOINING PLAINTIFF FRANCISCO GARCIA AS A PARTY TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IN CASE NO. 2:10-03210-WBS-GGH

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
310.477.1700 phone • 310.477.1699 fax