UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., | NO. CIV. 2:10-3210 WBS GGH |
| Plaintiff, | <u>ORDER RE: MOTIONS TO CONSOLIDATE CASES</u> |
| v. | |
| M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, | |
| Defendants. / | |
| FRANCISCO GARCIA, | |
| Plaintiff, | NO. CIV. 2:11-2430 WBS GGH |
| v. | |
| M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, | |
| Defendants. / | |

----oo0oo----

1

1           Presently before the court are defendants M-F Athletic
2  Company, Inc. and Ball Dynamics International, LLC's joint
3  motions to consolidate Case No. 2:10-3210 with Case No.
4  2:11-2430. (<u>Sacramento Kings Ltd. P'ship v. M-F Athletic Co.,</u>
5  <u>Inc. et al.</u> ("<u>Sacramento Kings</u>"), Case No. 2:10-3210 (Docket No.
6  53.); <u>Garcia v. M-F Athletic Co., Inc. et al.</u> ("<u>Garcia</u>"), Case
7  No. 2:11-2430 (Docket No. 38).)

8           Under Federal Rule of Civil Procedure 42(a), "[i]f
9  actions before the court involve a common question of law or
10 fact, the court may: (1) join for hearing or trial any or all
11 matters at issue in the actions; [or] (2) consolidate the actions
12 . . . ." The court exercises its discretion in consolidating
13 actions by weighing "the interest in judicial convenience against
14 the potential for delay, confusion, and prejudice caused by
15 consolidation." <u>Paxonet Commc'ns, Inc. v. Transwitch Corp.</u>, 303
16 F. Supp. 2d 1027, 1029 (N.D. Cal. 2003). "[T]ypically,
17 consolidation is favored." <u>Perez-Funez v. Dist. Dir., I.N.S.</u>,
18 611 F. Supp. 990, 994 (C.D. Cal. 1984) (citation omitted).

19          The court has previously found that these two cases are
20 related, (<u>Sacramento Kings</u> Docket No. 42; <u>Garcia</u> Docket No. 8),
21 and has extended the deadlines in Case No. 2:10-3210 so that they
22 are identical to those set in Case No. 2:11-2430, (Sacramento
23 Kings Docket No. 55). Plaintiffs in both actions have filed
24 statements of non-opposition to defendants' motions to
25 consolidate. (<u>Sacramento Kings</u> Docket No. 56; <u>Garcia</u> Docket No.
26 39.) A statement of non-opposition is filed by "[a] responding
27 party who has no opposition to the granting of the motion."
28 Local R. 230(c). Accordingly, the above-captioned cases shall be

2

consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2) for all purposes. The main case number will now be 2:10-3210 and all documents shall be filed on that docket; however, counsel are instructed to include both case numbers on all filings.

      IT IS THEREFORE ORDERED that defendants' joint motions for consolidation of Case No. 2:10-3210 and Case No. 2:11-2430 be, and the same hereby are, GRANTED. The Clerk of the Court is instructed to administratively close the 2:11-2430 case and all documents shall be filed and docketed in the 2:10-3210 case.

DATED:  March 27, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE